**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00361-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| VICTOR MANUEL NAVARRO-QUESADA, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, March 2, 2026, at 10:00 a.m., be vacated and continued to March 3, 2026 at the hour of 11:00 a.m.

DATED this 24th day of February 2026.

_____
UNITED STATES DISTRICT JUDGE

3